IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HITHAM ABUHOURAN, | : | |
| Plaintiff, | : | |
| vs. | : | NO. 07-cv-2465 |
| United States of America, | : | JUDGE ROBRENO |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR EXTENTION OF TIME TO REPLY**

**TO DEFENDANT'S MEMORANDUM IN OPPOSOTION TO**

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND**

**TO PROVIDE COPY OF HIS FIRST AMENDED COMPLAINT**

**COMES NOW,** the Plaintiff Hitham Abuhouran, acting pro se move this Honorable Court for an extention of time to reply government's memorandum in opposition to my motion for leave to amend his first amended Complaint filed with this Court.

Plaintiff submit that his understanding of Rule 15 Fed.R.Civ.P. that court must grant the leave to amend before the amended complaint is filed with the court. Plaintiff's 1st amended complaint almost completed and copy will be supplied shortly to the defendants and the court. Plaintiff misreading to the Rule if the government is correct for his lack of knowledge and full understanding of the Fed. R.Civ.P. which govern this action.

-1-

Plaintiff further submits that the Clerk of the Eastern District of Pennsylvania, has just assigned one of the claims that being sought for amendment to the Honorable Eduardo C. Robreno, the presiding judge in this action. The case number assigned to the new claim is 07-cv-05513 ER. It would be waisting judicial ecconomey and resources by seperating claims related to the same parties involved.

Wherefore, plaintiff respectfully request additional 20 days to reply government's opposition and provide complete amended complaint. Plaintiff pray for granting his request for extention of time.

On February 2, 2008

Respectfully Yours

Hitham Abuhouran
18939-050
FC Canaan
P.O. Box 200
Waymart, PA 18472

## CERTIFICATE OF SERVICE

I hereby certify that one true and correct copy has been served upon the defendant's counsel Mary Catherine Frye, AUSA at 615 Chestnut Street, suite 1250 Philadelphia, PA 19196 by U.S. First Class mail and deposited at the institutional mail box On February 2, 2008